FILED
NOV 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APOLINAR SIXTO-HERNANDEZ,<br><br>Defendant. | Case No.: 08CR2821-GT<br><br>[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE SENTENCING HEARING |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing in this matter scheduled for December 1, 2008 at 9:00 a.m. is continued to December 4, 2008 at 9:00 a.m.

Dated: 10-31-08

_____
HONORABLE GORDON THOMPSON, JR
UNITED STATES DISTRICT JUDGE

1.

08CR2821-GT